# Court of Appeals
# of the State of Georgia

ATLANTA, February 05, 2026

*The Court of Appeals hereby passes the following order:*

**A26E0139. HOWERTON v. HOWERTON.**

On January 7, 2026, the Superior Court of Fulton County entered a "Final Order on Motion For Contempt," holding the appellant in the above-styled appeal in willful contempt of a settlement agreement. On February 4, 2026, counsel for the appellant filed an emergency motion, under Court of Appeals Rule 40 (b), seeking an extension of time in which to file an application for a discretionary appeal of the Superior Court's order. The appellant's motion is hereby *GRANTED*. Counsel for the appellant has until March 9, 2026, to file an application for a discretionary appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/05/2026

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, Clerk.